

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**October 25, 2023**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

<u>Re: Perez v. Salcedo Cargo Express, Inc.</u>
Case No. 23-CV-01747 (JPO)
Motion for Extension of Time

Dear Judge Ho:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 45-day extension of the October 25, 2023 deadline for the parties to provide the Court with a joint letter as per Your Honor's October 11, 2023 order. This request is being made because the parties are currently scheduled for mediation on December 8, 2023, with a mediator from this Court's mediation panel. If the case is settled, we will notify the Court promptly.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**    **Defense Counsel via ECF**

Application GRANTED.  The parties are directed to submit a joint letter by **December 15, 2023**.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 26, 2023
New York, New York

1