

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　Web: www.abdulhassan.com

**December 15, 2023**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

　　　　　　　　　　**Re: Perez v. Salcedo Cargo Express, Inc.**
　　　　　　　　　　　　Case No. 23-CV-01747 (DEH)
　　　　　　　　　　　　Motion for Extension of Time

Dear Judge Ho:

　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the December 15, 2023 deadline for the parties to provide the Court with a joint letter as per Your Honor's October 11, 2023 order. This request is being made because the parties recently participated in their second mediation session through the SDNY Mediation program following which the mediator made a recommendation which the parties are in the process of reviewing. One prior request for an extension of this deadline was made and granted. If the case is settled, we will notify the Court promptly.

　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:　　Defense Counsel via ECF

---

Application GRANTED.  The parties shall submit a joint status letter no later than **January 3, 2024**.  The letter shall address whether the case has been settled in principle.  The parties are on notice that, per Individual Rule 2(e)(ii), any request for extension shall be made as early as possible, and at least **two business days** before the deadline.

SO ORDERED.

The Clerk of Court is respectfully requested to terminate ECF No. 17.

*(signature)*

Dale E. Ho
United States District Judge
New York, New York
Dated: December 18, 2023