UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES PEREZ,

                Plaintiff,

-v-                                    23-CV-01747 (DEH) (VF)

SALCEDO CARGO EXPRESS, INC.,        **ORDER**

                Defendant.

**VALERIE FIGUEREDO, United States Magistrate Judge.**

        This wage-and-hour case under the Fair Labor Standards Act ("FLSA") was referred to the undersigned for a Report and Recommendation on Plaintiff's motion for approval of the settlement with Defendant. See ECF No. 28. at ECF No. 23. To conserve judicial resources, the parties are directed to meet and confer to determine if they will consent to my jurisdiction for purposes of approving the settlement agreement. With the parties consent, I can issue an Opinion and Order approving the settlement agreement, avoiding the need for a Report and Recommendation. See Herrera v. Manna 2nd Ave. LLC, No. 20-CV-11026 (GHW), 2024 WL 4437796, at *1 (S.D.N.Y. Sept. 10, 2024) (indicating parties' consent was required for Magistrate Judge to rule on motion to approve settlement). The parties are directed to inform the Court by **Friday, May 2, 2025**, whether they consent to the undersigned's jurisdiction. If the parties consent, they should complete and file the form available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf on the docket.

        SO ORDERED

Dated:      New York, New York
               April 24, 2025

                                                            Valerie Figueredo
                                                             United States Magistrate Judge