UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES PEREZ,

                Plaintiff,

-v-

SALCEDO CARGO EXPRESS, INC.,

                Defendant.

23-CV-01747 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

    This order serves as a reminder that the undersigned requested that the parties consider consenting to my jurisdiction for purposes of approving the proposed settlement agreement by May 2, 2025. The Court has not yet received a response. The parties are directed to inform the Court if they will consent to my jurisdiction by **Monday, May 12, 2025.**

    SO ORDERED

Dated:    New York, New York
            May 6, 2025

_____
Valerie Figueredo
United States Magistrate Judge