UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES PEREZ,

                Plaintiff,

-v-

SALCEDO CARGO EXPRESS, INC.,

                Defendant.

23-CV-01747 (DEH) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      At the conference on July 22, 2025, the parties indicated they planned to consent to my jurisdiction for purposes of approving the proposed settlement agreement. The Court directed the parties to file the consent form by July 25, 2025. The Court has not yet received a consent form or otherwise heard from the parties. The parties are directed complete and file the form available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf on the docket by **Friday, August 1, 2025.**

      SO ORDERED

Dated:      New York, New York
              July 29, 2025

                                              Valerie Figueredo
                                              United States Magistrate Judge